**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE JEFFREY SUMNER CHILDS<br><br>Debtor.<br><br>C.B. NANDA<br><br>Appellant<br><br>v.<br><br>SEAN TUCKER<br><br>Appellee. | District Court Case No.<br><br>8:18-CV-02078-JLS<br><br>Bankruptcy Court Case No.<br><br>8:12-BK-23047-MW<br><br>**ORDER TO STAY ALL PENDING DEADLINES** |

After considering the *Stipulation and Request for Order to Extend Stay of All Pending Deadlines* filed by the above-captioned appellant and appellees, the Court extends the stay of all pending case deadlines pending the appointment of a receiver.

**IT IS HEREBY ORDERED THAT:**

1. The stay of all case deadlines in this action is extended, pending the appointment of the receiver, to and including March 15, 2019.
2. The stay includes, but is not limited to, the deadlines for filing briefs set forth in Rule 8016 of the Federal Rules of Bankruptcy Procedure. The filing deadlines for briefs set forth therein shall begin to run from the date the stay terminates, if applicable.

Dated: February 28, 2019

_____
Hon. Josephine L. Stanton
United States District Judge

**CC: BK**