# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| IN RE JEFFREY SUMNER CHILDS<br>Debtor.<br><br>C.B. NANDA<br>    Appellant<br>    v.<br>SEAN TUCKER<br>    Appellee. | District Court Case No.<br>8:18-CV-02078-JLS<br><br>Bankruptcy Court Case No.<br>8:12-BK-23047-MW<br><br>**ORDER DISMISSING BANKRUPTCY APPEAL** |

The Court, has reviewed and considered the parties' Stipulation for Dismissal filed by Appellant C.B. Nanda and Appellees Sean Tucker and Leslie Tucker (collectively, "the Parties"). Pursuant to Federal Rule of Bankruptcy Procedure 8023, IT IS ORDERED THAT:

1. The Stipulation is approved:
2. Appellant's appeal of the Order Granting Motion for Clarification of Order Approving Sale and Transfer of Assets to Sean Tucker and Leslie Tucker is dismissed; and
3. The Parties shall each bear their own attorneys' fees and costs, if any.

Dated: May 01, 2019

*[signature]*

THE HONORABLE JOSEPHINE L. STATON
United States District Judge